UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-142 (SHS) |
| -v- | : | <u>ORDER</u> |
| KEVIN RICHARD DENNIS, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      On March 24, 2021, the Court received defendant's *pro se* letter dated March 8, 2021 [Doc. No. 12], stating that his attorney, Matthew Touhy, Esq., has not been communicating with him and requesting a new attorney be appointed pursuant to the Criminal Justice Act. There has been no notice of appearance filed by Mr. Touhy on behalf of defendant on the Court's Electronic Case Filing system. The ECF docket reflects that Judge Sarah Netburn signed defendant's CJA 23 Financial Affidavit and appointed Marlon Kirton, Esq. as attorney for defendant pursuant to the Criminal Justice Act on December 10, 2021. The Court is unaware of any other attorney representing defendant. Therefore, defendant's request for the Court to discharge Matthew Touhy, as attorney for defendant in this matter, is denied as moot on the grounds that Mr. Touhy has not filed a notice of appearance on behalf of defendant. Marlon Kirton, Esq. remains as defendant's attorney.  The Clerk of Court shall mail a copy of this Order to defendant at Essex Correctional Facility, 354 Doremus Avenue, Newark, New Jersey 07015.

Dated: New York, New York
       March 26, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.