March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -v-

KEVIN RICHARD DENNIS

                   Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 142 ( SHS )( )

Defendant __KEVIN RICHARD DENNIS__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Kevin Richard Dennis**
Print Defendant's Name

_Marlon Kirton_
Defense Counsel's Signature

**Marlon G. Kirton**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____
Sidney H. Stein, U.S. District Judge

Dated: New York, New York
April 19, 2021