# KIRTON LAW FIRM

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

April 21, 2021

VIA ELECTRONIC FILING

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Kevin Richard Dennis, 21 cr. 142 (SHS)*

Dear Judge Stein:

  I represent Kevin Richard Dennis in the above-referenced matter. The defense requests that this Court cancel the detention hearing scheduled for April 29, 2021.[1] My client's family is still preparing the bail package. The defense needs additional time to file a sufficient bail motion.

  Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

cc: Thomas Wright, Assistant United States Attorney (via electronic mail)

**The motion schedule set for defendant's motion for bail and oral argument scheduled for April 29, 2021, are cancelled.**

Dated:  New York, New York
    April 21, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

---

[1] The defense also requests that the Court cancel the detention hearing motion schedule.