

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 2, 2021

**By ECF and Email**  **MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States* v. *Kevin Richard Dennis*, **21 CR 142 (SHS)**

Dear Judge Stein,

With the previously confirmed consent of the defendant, the Government respectfully submits this letter to request that the Court exclude time under the Speedy Trial Act from today, July 2, 2021 through the date of the forthcoming conference on July 8, 2021 pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in having further time in advance of that conference and any trial in which to review discovery and consider the possibility of a pretrial disposition with the benefit of advice from the defendant's counsel. The Court previously excluded time through today.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Marlon Kirton (Counsel to Defendant Kevin Richard Dennis) (by ECF and email)

**The time is excluded from calculation under the Speedy Trial Act from today until July 8, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).**

Dated: New York, New York
July 6, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.