UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-142 (SHS) |
| -v- | : | ORDER |
| KEVIN RICHARD DENNIS, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that there will be a conference on October 27, 2021, at 4:15 p.m., in Courtroom 23A, 500 Pearl Street, New York, regarding defendant's letter [Doc. No. 40].

Dated: New York, New York
        October 19, 2021

SO ORDERED:

_____
SIDNEY H. STEIN, U.S.D.J.