UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-142 (SHS) |
| -v- | : | ORDER |
| KEVIN RICHARD DENNIS, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

At the request of defendant for a new attorney [Doc. No. 40],

IT IS HEREBY ORDERED that Marlon G. Kirton is relieved, and the CJA attorney on duty today, Richard H. Rosenberg, is appointed to assume representation of defendant.

Dated: New York, New York
November 4, 2021

SO ORDERED:

_____
SIDNEY H. STEIN, U.S.D.J.