UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,                       :          21-Cr-142 (SHS)

        -v-                                                :          ORDER

KEVIN RICHARD DENNIS,                           :

        Defendant.                                     :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

A status conference having been held on November 4, with defendant and counsel for all parties present,

IT IS HEREBY ORDERED that:

1.     Proposed jury charges, proposed voir dire, and any motions in limine, are due by March 7, 2022;

2.     Responses to any motions are due by March 14, 2022;

3.     There will be a final conference on March 21, 2022, at 2:00 p.m.;

4.     The trial is adjourned to March 28, 2022, at 9:30 a.m.;

5.     The parties should be aware that although the Court is submitting the jury request for this trial to begin on March 28, 2022, the trial date may be rescheduled by the Court's *Ad Hoc* Committee on the Resumption of Jury Trials to another date in the first quarter of 2022. The Court will notify the parties as soon as the first quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York; and

6.     The time is excluded from calculation under the Speedy Trial Act from today until March 28, 2022. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
      November 5, 2021

SO ORDERED:

SIDNEY H. STEIN, U.S.D.J.