# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

January 10, 2022

Hon. Sidney H. Stein  
United States District Court  
U.S. Courthouse  
500 Pearl Street  
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Kevin Richard Dennis  
21 Cr. 142 (SHS)

Dear Judge Stein:

I am the assigned CJA counsel for defendant **Kevin Richard Dennis** in the above referenced case. I write today to respectfully request authorization for the expenditure of CJA funds to retain the services of Clara S. Kalhous, Esq. as associate counsel to assist me in defending Mr. Dennis. Ms. Kalhous has assisted several S.D.N.Y. counsels, including me, in the past as an associate counsel and, in fact, just this past October Ms. Kalhous served as associate counsel to me in a trial before Judge Preska (United States v. Adelekan, 19 Cr. 291 (LAP)) and her assistance was first rate. Ms. Kalhous is experienced and adept at reviewing digital discovery, preparing legal memoranda and preparing for and assisting at trial which is currently scheduled for March 28, 2022. She would be an invaluable addition to Mr. Dennis' defense.

As Your Honor is aware, the discovery in this case is voluminous. Accordingly, should Your Honor be inclined to grant this application it is respectfully requested that Ms. Kalhous be approved at the rate of $110.00 per hour for a period of 50 hours with leave to request additional funding should the need arise. Of course, every effort will be made to avoid duplication of the work load.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

cc.: Clara Kalhous, Esq.

Request granted.

Dated: New York, New York  
January 11, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.