UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  21-Cr-142 (SHS)

    -v-  :  <u>ORDER</u>

KEVIN RICHARD DENNIS,  :

    Defendant.  :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the defendant's change of plea is scheduled for February 25, 2022, at 11:00 a.m. The proceeding will take place in Courtroom 23A.

Dated: New York, New York
       February 17, 2022

SO ORDERED:

_____
SIDNEY H. STEIN, U.S.D.J.