March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

Kevin Richard Dennis

                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 142 (SHS)

Defendant __Kevin Richard Dennis__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence


/s/ Kevin Richard Dennis
**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

Kevin Richard Dennis
**Print Defendant's Name**

*[signature]*
**Defense Counsel's Signature**

Richard H. Rosenberg
**Print Defense Counsel's Name**

This proceeding was conducted by reliable videoconferencing technology.

February 25, 2022
**Date**

*[signature]*
**U.S. District Judge/~~U.S. Magistrate Judge~~**