UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        21-Cr-142 (SHS)

              -v-                            :        ORDER

KEVIN RICHARD DENNIS,                        :

              Defendant.                     :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The Court is in receipt of defendant's letter [Doc. No. 52] requesting new counsel.

IT IS HEREBY ORDERED that there will be a conference on March 10, 2022, at 3:00 p.m., regarding defendant's letter. The proceeding will take place in Courtroom 23A.

Dated: New York, New York
       March 7, 2022

SO ORDERED:

SIDNEY H. STEIN, U.S.D.J.