

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 1, 2022

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Kevin Richard Dennis*, 21 CR 142 (SHS)

Dear Judge Stein,

    The Government respectfully submits this letter in advance of the defendant's sentencing, currently scheduled to proceed on September 12, 2022 at 9:00 AM. The Government respectfully requests that the Court impose a sentence of 60 months, which is the applicable sentence pursuant to the United States Sentencing Guidelines ("U.S.S.G." or the "Guidelines") as well as the mandatory minimum sentence required by law, and which is sufficient, but not greater than necessary, to serve the legitimate purposes of sentencing, in particular here, the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense, to afford adequate deterrence to criminal conduct, to avoid unwarranted sentence disparities among defendants, and to protect the public from the defendant, a heavily armed drug trafficker who was as prepared to fly across this county on multiple occasions aboard private jets to deliver millions of dollars of drug proceeds as he was to bring a long gun and cache of ammunition with him to what he believed would be a drug transaction involving dozens of kilograms of cocaine.

                                                                   Respectfully,

                                                                     DAMIAN WILLIAMS
                                                                     United States Attorney

                                        By: _____
                                                         Thomas John Wright
                                                         Assistant United States Attorney
                                                        (212) 637-2295

cc: Richard Rosenberg (Counsel to Defendant Kevin Richard Dennis) (by ECF)