# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

September 21, 2022

Hon. Sidney H. Stein
Senior United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  **United States v. Kevin Richard Dennis**
     **21-CR-142 (SHS)**

Dear Judge Stein:

On January 11, 2022, the Court appointed Clara Kalhous pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, et seq., as associate counsel to assist in the representation of Mr. Dennis. The Court approved my request to retain Ms. Kalhous' services for 50 hours at $110 per hour, with leave to apply for additional funding should the need arise. Dkt. #48.

As your Honor may be aware, Mr. Dennis' case took longer to resolve than anticipated. Ms. Kalhous and I met with Mr. Dennis on numerous occasions and spent hours with him and his family in telephone conversations to explain the realities of the criminal justice system before a plea agreement was reached. Consequently, Ms. Kalhous exceeded the number of hours for which her services were originally approved. As of the date of sentencing, she had spent a total of 66.8 hours on Mr. Dennis' case.

Because Ms. Kalhous' work on Mr. Dennis' case was performed at my direction and request with regard only for the needs of the client, I respectfully ask the Court to approve these

additional 16.8 hours *nunc pro tunc* to permit Ms. Kalhous to be compensated in full for her services.

    I thank the Court for its consideration and continued courtesies to counsel.

                      Respectfully,
                      ____/s/_____
                      Richard Rosenberg, Esq.

Cc:    All counsel (by ECF)

**The request for an additional 16.8 hours nunc pro tunc is granted.**

**Dated: New York, New York
        September 22, 2022**

                      **SO ORDERED:**

                      _____
                      **Sidney H. Stein, U.S.D.J.**