UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

KEVIN DENNIS,

Defendant.

21-cr-142 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court has received defendant Kevin Dennis' motion to reconsider a May 12, 2023 Opinion & Order denying Dennis' *pro se* motion for compassionate release. (ECF Nos. 72 & 73.) In his motion to reconsider Dennis contends that his "[h]ealth condition[s] have changed rapidly since" the Court denied his original motion and are now "very severe." (ECF No. 73, at 1.)

The U.S. Attorney's Office is directed to obtain the defendant's medical records from the Bureau of Prisons and to respond to the motion to reconsider on or before July 10, 2023.

The Clerk of Court is directed to mail a copy of this Order to defendant as follows: Kevin Dennis [21720-509], USP Lewisburg, P.O. Box 2000, Lewisburg, PA 17837.

Dated: New York, New York
June 12, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.