UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-142 (SHS) |
| -against- | : | <u>ORDER</u> |
| KEVIN RICHARD DENNIS, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

The defendant having filed a motion to return property pursuant to Fed. R. Crim. P. 41(g) [Doc. No. 78],

IT IS HEREBY ORDERED that the government is directed to respond to this motion on or before December 22, 2023. The Clerk of Court shall mail a copy of this Order to Kevin R. Dennis [21720-509], USP Lewisburg, U.S. Penitentiary, Federal Camp, P.O. Box 2000, Lewisburg, PA.

Dated: New York, New York
       December 12, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.